UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE VILLARREAL and CARLOS VILLARREAL,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; ETHICON, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:12-CV-01399-KJM-GGH<br><br>**ORDER GRANTING STAY OF PROCEEDINGS PENDING TRANSFER TO MDL NO. 2327** |

This matter having been opened to the Court upon the Stipulated Request to Stay Proceedings Pending Transfer to MDL No. 2327: *In re Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.* of Plaintiffs Katherine Villarreal and Carlos Villarreal, and Defendants Johnson & Johnson, and Ethicon, Inc.; the parties having consented to said stipulation as demonstrated by counsels' signatures hereon; the Court finding that a stay is appropriate under the circumstances; and good cause thereby appearing,

It is hereby **ORDERED** that the request for a stay is **GRANTED**.  It is further **ORDERED** that all proceedings in the above-captioned proceedings are stayed pending the Judicial Panel on Multidistrict Litigation's transfer of this case to MDL-2327, *In re Ethicon, Inc.,*

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING STAY OF PROCEEDINGS
PENDING TRANSFER TO MDL NO. 2327
SF01/ 835762.1

CASE NO. 2:12-CV-01399-KJM-GGH

*Pelvic Repair Sys. Prods. Liab. Litig.*, in the United States District Court for the Southern District of West Virginia, the Honorable Joseph R. Goodwin presiding. All pending dates and deadlines are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 14, 2012.

_____
UNITED STATES DISTRICT JUDGE

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

Order Granting Stay of Proceedings
Pending Transfer To MDL No. 2327
SF01/ 835762.1

- 2 -

Case No. 2:12-CV-01399-KJM-GGH